THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* EDDIE CHAMBERS, Petitioner-Appellant.

(Nos. 57423, 58359 cons.;

First District (1st Division)—December 3, 1973.

PER CURIAM.
HALLETT, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Steven Clark Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (James S. Veldman and Albert R. Rosendahl, Assistant State's Attorneys, of counsel), for the People.